# Exhibit 1

## ID Director Scorecard
### As of 3/31/2014
### Rollup By Individual Director

**McKinnon, Sara L**

View Scorecard User Guide

### Quantitative Metrics (Updated Weekly)

| Metric | Expectation | Jan | Feb | Week 1 | Week 2 | Mar Week 3 | Week 4 | Week 5 | Mar (MTD) | Q1 AVG (QTD) | QTR 2 AVG | QTR 3 AVG | QTR 4 AVG | YTD AVG | YTD AVG BO / Site / Regn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # Undecided > 90/90 Days | N/A | 7 | 12 | 13 | 13 | 13 | 16 | 17 | 17 | 12 | -- | -- | -- | 12 | 253 |
| % Undecided > 90/90 Days | <16% | 7% | 12% | 12% | 13% | 15% | 18% | 19% | 19% | 12% | -- | -- | -- | 12% | 16% |
| % New Claim TPC Completed within Standard | >= 95% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | -- | -- | -- | 100.0% | 98.8% |
| % OCM TPC Past due > 90 Days | <5% | 2% | 1% | 1% | 1% | 2% | 2% | 2% | 2% | 2% | -- | -- | -- | 2% | 20% |
| ROR > 90 Days | <=1% | 0.5% | 1.0% | 1.0% | 1.3% | 1.4% | 1.1% | 1.1% | 1.1% | 0.9% | -- | -- | -- | 0.9% | 0.4% |
| No Payment > 90 Days | <5% | 0.0% | 0.3% | 0.5% | 1.0% | 0.6% | 0.3% | 0.3% | 0.3% | 0.2% | -- | -- | -- | 0.2% | 0.2% |
| No Payment > 120 Days | <5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -- | -- | -- | 0.0% | 0.3% |
| CID Decision Completed | # Not Done by CID Date (Varies By Level - See User Guide) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -- | -- | -- | 0 | 9 |
| | None >3 Mos Post (Varies By Level - See User Guide) | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -- | -- | -- | 0 | 192 |
| % of Inventory Without File Direction | N/A | 25% | 25% | 13% | 13% | 14% | 14% | 13% | 13% | 21% | -- | -- | -- | 21% | 61% |
| Reopen - # Claims | N/A | 0 | 1 | 6 | 7 | 7 | 7 | 7 | 7 | 3 | -- | -- | -- | 3 | 47 |
| Reopen - # Claimants | N/A | 0 | 1 | 4 | 5 | 5 | 5 | 5 | 5 | 2 | -- | -- | -- | 2 | 36 |
| Reopen Rate | <=10% | 0% | 11% | 120% | 100% | 64% | 39% | 37% | 37% | 18% | -- | -- | -- | 18% | 12% |
| Liability Acceptance Rate | N/A | 92% | 95% | 80% | 89% | 92% | 93% | 93% | 93% | 93% | -- | -- | -- | 93% | 88% |

### Qualitative Metrics (Updated Weekly)

| Metric | Expectation | 2014 IDI 1 (In Progress) | 2014 IDI 2 (In Progress) | 2014 Overall Average |
|---|---|---|---|---|
| QA - Eligibility Assessment | >=89.0% | 96.2% | 96.0% | 96.1% |
| QA - Financial | >=89.0% | 82.6% | 90.6% | 86.3% |
| QA - Claim Management | >=89.0% | 89.0% | 92.6% | 90.7% |
| QA - Decisions | >=89.0% | 95.9% | 99.1% | 97.4% |
| QA - Total Claim Owner Score (Review Count = 17) | >=89.0% | 90.1% | 94.3% | 92.1% |

### Qualitative Metrics (Updated Monthly)

| Metric | Expectation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD Actual | YTD Actual BO / Site / Regn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Qualitative Metrics (Updated Quarterly)

| Metric | Expectation | 1Q | 2Q | 3Q | 4Q | YTD Act |
|---|---|---|---|---|---|---|
| Appeal Uphold Rate | >= 75% | 100% | -- | -- | -- | 100% |

**KEY:** At or Above Plan | NearPlan / Trend Alert | Below Plan

The metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-DIRECTORSCORECARD-000023

# ID Director Scorecard
## As of 6/30/2014
## Rollup By Individual Director

**McKinnon, Sara L**

View Scorecard User Guide

### Quantitative Metrics (Updated Weekly)

| Metric | Expectation | QTR 1 AVG | Apr | May | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Jun (MTD) | Q2 AVG (QTD) | QTR 3 AVG | QTR 4 AVG | YTD AVG | YTD AVG BO / Site / Regn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # Undecided > 90/90 Days | N/A | 12 | 15 | 14 | 17 | 15 | 13 | 14 | 14 | 14 | 14 | -- | -- | 13 | 249 |
| % Undecided > 90/90 Days | <16% | 12% | 14% | 15% | 18% | 16% | 15% | 16% | 16% | 16% | 15% | -- | -- | 13% | 16% |
| % New Claim TPC Completed within Standard | >= 95% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | -- | -- | 100.0% | 98.6% |
| % OCM TPC Past due > 90 Days | <5% | 2% | 2% | 1% | 3% | 6% | 1% | 1% | 1% | 1% | 1% | -- | -- | 2% | 15% |
| ROR > 90 Days | <=1% | 0.9% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.9% | 0.9% | 0.7% | -- | -- | 0.8% | 0.3% |
| No Payment > 90 Days | <5% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -- | -- | 0.1% | 0.3% |
| No Payment > 120 Days | <5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -- | -- | 0.0% | 0.3% |
| CID Decision Completed — # Not Done by CID Date (Varies By Level - See User Guide) | | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -- | -- | 0 | 9 |
| CID Decision Completed — None >3 Mos Post (Varies By Level - See User Guide) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -- | -- | 0 | 187 |
| % of Inventory Without File Direction | N/A | 21% | 12% | 12% | 13% | 13% | 11% | 10% | 10% | 10% | 11% | -- | -- | 16% | 60% |
| Reopen - # Claims | N/A | 3 | 1 | 5 | 0 | 0 | 2 | 2 | 2 | 2 | 3 | -- | -- | 3 | 44 |
| Reopen - # Claimants | N/A | 2 | 1 | 2 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | -- | -- | 2 | 34 |
| Reopen Rate | <=10% | 18% | 5% | 25% | 0% | 0% | 25% | 15% | 15% | 15% | 15% | -- | -- | 17% | 12% |
| Liability Acceptance Rate | N/A | 93% | 93% | 93% | 88% | 76% | 85% | 86% | 84% | 84% | 90% | -- | -- | 91% | 88% |

### Qualitative Metrics (Updated Weekly)

| Metric | Expectation | 2014 IDI 1 (Complete) | 2014 IDI 2 (Complete) | 2014 IDI 3 (In Progress) | 2014 IDI 6 "Sweeps" (In Progress) | 2014 Overall Average |
|---|---|---|---|---|---|---|
| QA - Eligibility Assessment | >=89.0% | 96.2% | 96.0% | 100.0% | 100.0% | 97.6% |
| QA - Financial | >=89.0% | 82.6% | 91.2% | 88.1% | 88.9% | 87.2% |
| QA - Claim Management | >=89.0% | 89.0% | 92.8% | 92.5% | 94.1% | 91.5% |
| QA - Decisions | >=89.0% | 95.9% | 99.1% | 97.4% | 100.0% | 97.5% |
| QA - Total Claim Owner Score (Review Count = 27) | >=89.0% | 90.1% | 94.5% | 93.5% | 95.1% | 92.7% |

### Qualitative Metrics (Updated Monthly)

| Metric | Expectation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD Actual | YTD Actual BO / Site / Regn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

### Qualitative Metrics (Updated Quarterly)

| Metric | Expectation | 1Q | 2Q | 3Q | 4Q | YTD Act |
|---|---|---|---|---|---|---|
| Appeal Uphold Rate | >= 75% | 100% | 100% | -- | -- | 100% |

**KEY:** At or Above Plan | NearPlan / Trend Alert | Below Plan

The metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.
CONFIDENTIAL

KNUTH-MS-DIRECTORSCORECARD-000024

## ID Director Scorecard
### As of 9/30/2014
### Rollup By Individual Director

**McKinnon, Sara L**

View Scorecard User Guide

### Quantitative Metrics (Updated Weekly)

| Metric | Expectation | QTR 1 AVG | QTR 2 AVG | Jul | Aug | Week 1 | Week 2 | Sep Week 3 | Week 4 | Week 5 | Q3 AVG (QTD) | QTR 4 AVG | YTD AVG | YTD AVG BO / Site / Regn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # Undecided > 90/90 Days | N/A | 12 | 14 | 14 | 20 | 21 | 19 | 17 | 11 | 8 | 14 | -- | 13 | 248 |
| % Undecided > 90/90 Days | <16% | 12% | 15% | 20% | 26% | 29% | 28% | 23% | 16% | 12% | 20% | -- | 15% | 16% |
| % New Claim TPC Completed within Standard | >= 95% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | -- | 100.0% | 98.4% |
| % OCM TPC Past due > 90 Days | <5% | 2% | 1% | 2% | 3% | 2% | 1% | 3% | 2% | 1% | 2% | -- | 2% | 13% |
| ROR > 90 Days | <=1% | 0.9% | 0.7% | 0.9% | 1.3% | 1.3% | 1.4% | 1.5% | 1.8% | 1.8% | 1.3% | -- | 0.9% | 0.3% |
| No Payment > 90 Days | <5% | 0.2% | 0.0% | 0.3% | 2.3% | 1.9% | 2.1% | 1.8% | 1.8% | 1.8% | 1.4% | -- | 0.5% | 0.3% |
| No Payment > 120 Days | <5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -- | 0.0% | 0.3% |
| CID Decision Completed | # Not Done by CID Date (Varies By Level - See User Guide) | 0 | 0 | 1 | 0 | 1 | 1 | 2 | 1 | 1 | 1 | -- | 0 | 9 |
| | None >3 Mos Post (Varies By Level - See User Guide) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -- | 0 | 184 |
| % of Inventory Without File Direction | N/A | 21% | 11% | 9% | 9% | 9% | 8% | 9% | 9% | 9% | 9% | -- | 14% | 59% |
| Reopen - # Claims | N/A | 3 | 3 | 4 | 1 | 0 | 0 | 1 | 1 | 1 | 2 | -- | 2 | 46 |
| Reopen - # Claimants | N/A | 2 | 1 | 4 | 1 | 0 | 0 | 1 | 1 | 1 | 2 | -- | 2 | 33 |
| Reopen Rate | <=10% | 18% | 15% | 17% | 9% | -- | 0% | 20% | 8% | 6% | 11% | -- | 15% | 12% |
| Liability Acceptance Rate | N/A | 91% | 91% | 93% | 88% | 100% | 90% | 94% | 94% | 92% | 92% | -- | 91% | 89% |

### Qualitative Metrics (Updated Weekly)

| Metric | Expectation | 2014 IDI 1 (Complete) | 2014 IDI 2 (Complete) | 2014 IDI 3 (Complete) | 2014 IDI 6 "Sweeps" (In Progress) | 2014 IDI 4 (In Progress) | 2014 Overall Average |
|---|---|---|---|---|---|---|---|
| QA - Eligibility Assessment | >=89.0% | 96.2% | 96.0% | 100.0% | 100.0% | 100.0% | 98.2% |
| QA - Financial | >=89.0% | 82.6% | 91.2% | 88.1% | 88.9% | 92.9% | 88.6% |
| QA - Claim Management | >=89.0% | 89.0% | 92.8% | 92.5% | 94.1% | 93.5% | 92.0% |
| QA - Decisions | >=89.0% | 95.9% | 99.1% | 97.4% | 100.0% | 98.7% | 97.8% |
| QA - Total Claim Owner Score (Review Count = 36) | >=89.0% | 90.1% | 94.5% | 93.5% | 95.1% | 95.3% | 93.4% |

### Qualitative Metrics (Updated Monthly)

| Metric | Expectation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD Actual | YTD Actual BO / Site / Regn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Qualitative Metrics (Updated Quarterly)

| Metric | Expectation | 1Q | 2Q | 3Q | 4Q | YTD Act |
|---|---|---|---|---|---|---|
| Appeal Uphold Rate | >= 75% | 100% | 100% | 95% | -- | 95% |

**KEY**

| At or Above Plan | NearPlan / Trend Alert | Below Plan |
|---|---|---|

The metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.
CONFIDENTIAL

KNUTH-MS-DIRECTORSCORECARD-000025

# ID Director Scorecard
## As of 12/31/2014
### Rollup By Individual Director

**McKinnon, Sara L**

## Quantitative Metrics (Updated Weekly)

| Metric | Expectation | QTR 1 AVG | QTR 2 AVG | QTR 3 AVG | Oct | Nov | Week 1 | Week 2 | Dec Week 3 | Week 4 | Week 5 | Dec (MTD) | Q4 AVG (QTD) | YTD AVG | YTD AVG BO / Site / Regn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # Undecided > 90/90 Days | N/A | 12 | 14 | 14 | 10 | 9 | 9 | 9 | 11 | 11 | 11 | 11 | 10 | 13 | 243 |
| % Undecided > 90/90 Days | <16% | 12% | 15% | 20% | 16% | 16% | 13% | 13% | 18% | 20% | 18% | 18% | 17% | 15% | 17% |
| % New Claim TPC Completed within Standard | >= 95% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 98.0% |
| % OCM TPC Past due > 90 Days | <5% | 2% | 1% | 2% | 2% | 1% | 1% | 1% | 1% | 3% | 1% | 1% | 1% | 2% | 12% |
| ROR > 90 Days | <=1% | 0.9% | 0.7% | 1.3% | 0.7% | 0.8% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.7% | 0.9% | 0.3% |
| No Payment > 90 Days | <5% | 0.2% | 0.0% | 1.4% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.4% | 0.3% |
| No Payment > 120 Days | <5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% |
| CID Decision Completed | # Not Done by CID Date (Varies By Level - See User Guide) | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
|  | None >3 Mos Post (Varies By Level - See User Guide) | 0 | 0 | 0 | 0 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 2 | 0 | 183 |
| % of Inventory Without File Direction | N/A | 21% | 11% | 9% | 8% | 7% | 7% | 7% | 6% | 7% | 8% | 8% | 8% | 13% | 58% |
| Reopen - # Claims | N/A | 3 | 3 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 42 |
| Reopen - # Claimants | N/A | 2 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 2 | 32 |
| Reopen Rate | <=10% | 18% | 15% | 11% | 4% | 7% | 100% | 50% | 20% | 25% | 10% | 10% | 6% | 13% | 12% |
| Liability Acceptance Rate | N/A | 91% | 92% | 92% | 96% | 96% | 100% | 100% | 100% | 93% | 94% | 94% | 95% | 92% | 88% |

## Qualitative Metrics (Updated Weekly)

| Metric | Expectation | 2014 IDI 1 (Complete) | 2014 IDI 2 (Complete) | 2014 IDI 3 (Complete) | 2014 IDI 6 "Sweeps" (Complete) | 2014 IDI 4 (Complete) | 2014 Overall Average |
|---|---|---|---|---|---|---|---|
| QA - Eligibility Assessment | >=89.0% | 96.2% | 96.0% | 100.0% | 100.0% | 100.0% | 98.2% |
| QA - Financial | >=89.0% | 82.6% | 91.2% | 88.1% | 88.9% | 92.9% | 88.6% |
| QA - Claim Management | >=89.0% | 89.0% | 92.8% | 92.5% | 94.1% | 93.5% | 92.0% |
| QA - Decisions | >=89.0% | 95.9% | 99.1% | 97.4% | 100.0% | 98.7% | 97.8% |
| QA - Total Claim Owner Score (Review Count = 36) | >=89.0% | 90.1% | 94.5% | 93.5% | 95.1% | 95.3% | 93.4% |

## Qualitative Metrics (Updated Monthly)

| Metric | Expectation | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD Actual | YTD Actual BO / Site / Regn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

## Qualitative Metrics (Updated Quarterly)

| Metric | Expectation | 1Q | 2Q | 3Q | 4Q | YTD Act |
|---|---|---|---|---|---|---|
| Appeal Uphold Rate | >= 75% | 100% | 100% | 94% | 86% | 86% |
| Complaints Received | N/A | 0 | 1 | 2 | -- | 2 |
| Complaints Justified | <1/Year | 0 | 0 | 0 | -- | 0 |

**KEY**

| At or Above Plan | NearPlan / Trend Alert | Below Plan |
|---|---|---|