# Exhibit 2

**PRINT**

**WEEKLY TRACKING - QTR VIEW**
**As of MARCH 31, 2013**

CLOSE

| PRODUCT | (All) |
|---|---|
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | SOUTHWEST 1 |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | MONTH | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2012Q1 | 2012Q2 | 2012Q3 | 2012Q4 | 2013Q1 | | | | | | | |
| | | | | | JAN13 | | FEB13 | | MAR13 | | QTD | QTR |
| | QTR | | | | | | | | | | | |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| Inventory (#) | 256 | 242 | 281 | 339 | 347 | | 372 | | 381 | | 367 | |
| Recoveries (#) | 10 | 11 | 8 | 13 | 15 | 15 | 18 | 14 | 11 | 14 | 15 | 14 |
| 0-12 Mos | 8 | 6 | 6 | 9 | 11 | 11 | 11 | 10 | 6 | 10 | 9 | 10 |
| 13-24 Mos | 1 | 3 | 1 | 3 | 3 | 2 | 5 | 2 | 2 | 3 | 3 | 2 |
| 25-36 Mos | 1 | 1 | 0 | 2 | | 1 | 1 | 1 | 2 | 1 | 1 | 1 |
| 37-60 Mos | 1 | | 1 | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 61-120 Mos | | 1 | | | | 0 | | 0 | 1 | 0 | 0 | 0 |
| 121 + Mos | | | | | | 0 | | 0 | | 0 | | 0 |
| Recovery - Total | 10 | 11 | 8 | 13 | 15 | 15 | 18 | 14 | 11 | 14 | 15 | 14 |
| Recoveries / Day | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Actual to Plan % | 118.3% | 126.5% | 78.1% | 86.7% | 101.9% | 100.0% | 130.4% | 100.0% | 77.5% | 100.0% | 103.0% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| # Reopen | 0 | 1 | 1 | 1 | 2 | 1 | | | 1 | 2 | 1 | 1 |
| Rate % | 3.2% | 12.1% | 16.7% | 10.0% | 13.3% | 8.2% | | 7.8% | 18.2% | 8.4% | 9.1% | 8.1% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 23 | 20 | 35 | 39 | 56 | 36 | 35 | 49 | 45 | 51 | 45 | 45 |
| # Approvals | 19 | 16 | 30 | 33 | 54 | 30 | 29 | 40 | 39 | 42 | 41 | 37 |
| LAR - Total % | 82.4% | 83.1% | 85.6% | 85.3% | 96.4% | 82.5% | 82.9% | 82.5% | 86.7% | 82.5% | 89.7% | 82.5% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000001

**PRINT**

## WEEKLY TRACKING - QTR VIEW
### As of MARCH 31, 2013

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | (All) |


Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | | | MONTH | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2012Q1 | 2012Q2 | 2012Q3 | 2012Q4 | 2013Q1 | | | | | | | | | |
| | QTR | QTR | QTR | QTR | JAN13 | | FEB13 | | MAR13 | | QTD | | QTR | |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | | |
| *Paid Recoveries* * | | | | | | | | | | | | | | |
| Inventory (#) | 36,060 | 35,872 | 35,794 | 35,524 | 35,433 | | 35,379 | | 35,356 | | 35,389 | | | |
| Recoveries (#) | 337 | 319 | 310 | 300 | 284 | 295 | 314 | 269 | 301 | 282 | 300 | 282 | | |
| 0-12 Mos | 233 | 214 | 213 | 203 | 212 | 202 | 230 | 185 | 218 | 192 | 220 | 193 | | |
| 13-24 Mos | 53 | 60 | 55 | 55 | 32 | 49 | 39 | 45 | 46 | 48 | 39 | 47 | | |
| 25-36 Mos | 23 | 16 | 18 | 16 | 16 | 19 | 13 | 17 | 10 | 18 | 13 | 18 | | |
| 37-60 Mos | 15 | 18 | 10 | 14 | 13 | 13 | 14 | 11 | 12 | 12 | 13 | 12 | | |
| 61-120 Mos | 7 | 6 | 7 | 7 | 6 | 7 | 10 | 7 | 9 | 7 | 8 | 7 | | |
| 121 + Mos | 6 | 5 | 6 | 3 | 5 | 5 | 8 | 5 | 6 | 5 | 6 | 5 | | |
| Recovery - Total | 337 | 319 | 310 | 300 | 284 | 295 | 314 | 269 | 301 | 282 | 300 | 282 | | |
| Recoveries / Day | 16 | 15 | 15 | 15 | 13 | 13 | 16 | 13 | 14 | 13 | 14 | 13 | | |
| Actual to Plan % | 104.7% | 102.2% | 102.2% | 104.4% | 96.3% | 100.0% | 117.2% | 100.0% | 106.7% | 100.0% | 106.4% | 100.0% | | |
| *Paid Reopens* ** | | | | | | | | | | | | | | |
| # Reopen | 49 | 38 | 26 | 42 | 43 | 39 | 34 | 35 | 31 | 36 | 36 | 37 | | |
| Rate % | 14.4% | 11.9% | 8.5% | 14.1% | 15.1% | 13.1% | 10.8% | 12.9% | 10.3% | 12.9% | 12.0% | 13.0% | | |
| *LAR - Current* | | | | | | | | | | | | | | |
| # Decisions | 711 | 715 | 709 | 635 | 735 | 650 | 661 | 666 | 683 | 682 | 693 | 666 | | |
| # Approvals | 582 | 594 | 574 | 518 | 627 | 537 | 561 | 550 | 558 | 563 | 582 | 550 | | |
| LAR - Total % | 81.9% | 83.0% | 81.0% | 81.7% | 85.3% | 82.5% | 84.9% | 82.5% | 81.7% | 82.5% | 84.0% | 82.5% | | |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000002

**PRINT**

## WEEKLY TRACKING - QTR VIEW
### As of MARCH 31, 2014

CLOSE

| PRODUCT | (All) |
|---|---|
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | SOUTHWEST 1 |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | QTR | MONTH | | 2014Q1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013Q1 | 2013Q2 | 2013Q3 | 2013Q4 | JAN14 | | FEB14 | | MAR14 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| Inventory (#) | 367 | 395 | 411 | 380 | 339 | | 400 | | 410 | | 383 | |
| Recoveries (#) | 15 | 14 | 13 | 12 | 15 | 14 | 6 | 15 | 16 | 15 | 12 | 14 |
| 0-12 Mos | 9 | 10 | 8 | 9 | 11 | 10 | 5 | 10 | 8 | 10 | 8 | 10 |
| 13-24 Mos | 3 | 4 | 2 | 2 | 2 | 3 | | 3 | 3 | 3 | 2 | 3 |
| 25-36 Mos | 1 | | | 0 | | 1 | | 1 | 3 | 1 | 1 | 1 |
| 37-60 Mos | 1 | | 1 | 0 | | 1 | | 1 | 2 | 0 | 1 | 1 |
| 61-120 Mos | 0 | | 1 | 0 | 2 | 0 | | 0 | | 0 | 1 | 0 |
| 121 + Mos | | | | | | 0 | 1 | 0 | | 0 | 0 | 0 |
| Recovery - Total | 15 | 14 | 13 | 12 | 15 | 14 | 6 | 15 | 16 | 15 | 12 | 14 |
| Recoveries / Day | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| Actual to Plan % | 103.0% | 92.2% | 88.5% | 96.2% | 110.9% | 100.0% | 41.2% | 100.0% | 107.9% | 100.0% | 86.2% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| # Reopen | 1 | 2 | 1 | 1 | 1 | | 1 | 1 | 6 | 1 | 2 | 1 |
| Rate % | 9.1% | 11.9% | 7.5% | 5.4% | 8.4% | | 16.7% | 7.2% | 37.5% | 7.6% | 18.9% | 7.7% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 45 | 37 | 40 | 28 | 34 | 30 | 37 | 29 | 40 | 34 | 37 | 31 |
| # Approvals | 41 | 32 | 35 | 25 | 31 | 25 | 34 | 24 | 37 | 28 | 34 | 25 |
| LAR - Total % | 89.7% | 85.7% | 88.2% | 88.1% | 91.2% | 83.0% | 91.9% | 83.0% | 92.5% | 83.0% | 91.9% | 83.0% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000003

**PRINT**

**WEEKLY TRACKING - QTR VIEW**
**As of MARCH 31, 2014**

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | (All) |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | MONTH | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013Q1 | 2013Q2 | 2013Q3 | 2013Q4 | \multicolumn{8}{c}{2014Q1} | | | | |
| | QTR | | | | JAN14 | | FEB14 | | MAR14 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| *Inventory (#)* | 35,389 | 35,206 | 34,988 | 34,845 | 34,721 | | 34,688 | | 34,726 | | 34,712 | |
| *Recoveries (#)* | 300 | 291 | 288 | 292 | 269 | 293 | 269 | 268 | 329 | 291 | 289 | 284 |
| 0-12 Mos | 220 | 202 | 207 | 206 | 200 | 203 | 182 | 186 | 236 | 206 | 206 | 198 |
| 13-24 Mos | 39 | 45 | 40 | 46 | 39 | 49 | 51 | 46 | 60 | 46 | 50 | 47 |
| 25-36 Mos | 13 | 17 | 18 | 16 | 9 | 16 | 11 | 14 | 21 | 16 | 14 | 15 |
| 37-60 Mos | 13 | 11 | 12 | 10 | 5 | 13 | 11 | 10 | 6 | 11 | 7 | 11 |
| 61-120 Mos | 8 | 9 | 7 | 7 | 4 | 7 | 8 | 7 | 2 | 7 | 5 | 7 |
| 121 + Mos | 6 | 6 | 4 | 8 | 12 | 5 | 6 | 5 | 4 | 5 | 7 | 5 |
| Recovery - Total | 300 | 291 | 288 | 292 | 269 | 293 | 269 | 268 | 329 | 291 | 289 | 284 |
| Recoveries / Day | 14 | 14 | 14 | 14 | 12 | 13 | 13 | 13 | 16 | 14 | 14 | 14 |
| Actual to Plan % | 106.4% | 101.6% | 101.0% | 105.0% | 92.0% | 100.0% | 100.8% | 100.0% | 113.0% | 100.0% | 102.0% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| # Reopen | 36 | 41 | 33 | 36 | 40 | 36 | 41 | 32 | 50 | 33 | 44 | 34 |
| Rate % | 12.0% | 14.2% | 11.3% | 12.2% | 14.9% | 12.2% | 15.2% | 12.0% | 15.2% | 11.5% | 15.1% | 11.9% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 693 | 627 | 664 | 628 | 703 | 647 | 658 | 638 | 660 | 644 | 674 | 643 |
| # Approvals | 582 | 521 | 555 | 537 | 601 | 537 | 563 | 530 | 548 | 534 | 571 | 534 |
| LAR - Total % | 84.0% | 83.1% | 83.6% | 85.4% | 85.5% | 83.0% | 85.6% | 83.0% | 83.0% | 83.0% | 84.7% | 83.0% |

* Paid Recoveries are those open at the BOM, with payment prior to end of month

** Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000004

**PRINT**

**WEEKLY TRACKING - QTR VIEW**
**As of JUNE 30, 2013**

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | SOUTHWEST 1 |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | MONTH | | | | | | | | | |
| | 2012Q2 | 2012Q3 | 2012Q4 | 2013Q1 | 2013Q2 | | | | | | | |
| | QTR | | | | APR13 | | MAY13 | | JUN13 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries \** | | | | | | | | | | | | |
| *Inventory (#)* | 242 | 281 | 339 | 367 | 391 | | 391 | | 403 | | 395 | |
| Recoveries (#) | 11 | 8 | 13 | 15 | 15 | 15 | 15 | 15 | 12 | 15 | 14 | 15 |
| 0-12 Mos | 6 | 6 | 9 | 9 | 11 | 10 | 7 | 11 | 11 | 11 | 10 | 11 |
| 13-24 Mos | 3 | 1 | 3 | 3 | 4 | 3 | 8 | 3 | 1 | 3 | 4 | 3 |
| 25-36 Mos | 1 | 0 | 2 | 1 | | 1 | | 1 | | 1 | | 1 |
| 37-60 Mos | | 1 | | 1 | 1 | 1 | | 1 | 1 | | | 1 |
| 61-120 Mos | 1 | | | 0 | 0 | 0 | | 0 | | 0 | | 0 |
| 121 + Mos | | | | | 0 | | | 0 | | 0 | | 0 |
| Recovery - Total | 11 | 8 | 13 | 15 | 15 | 15 | 15 | 15 | 12 | 15 | 14 | 15 |
| Recoveries / Day | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Actual to Plan % | 126.5% | 78.1% | 86.7% | 103.0% | 102.2% | 100.0% | 96.9% | 100.0% | 77.9% | 100.0% | 92.2% | 100.0% |
| *Paid Reopens \*\** | | | | | | | | | | | | |
| # Reopen | 1 | 1 | 1 | 1 | 4 | 1 | | 1 | 1 | 1 | 2 | 1 |
| Rate % | 12.1% | 16.7% | 10.0% | 9.1% | 26.7% | 8.4% | 7.9% | | 8.3% | 7.3% | 11.9% | 7.9% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 20 | 35 | 39 | 45 | 33 | 49 | 44 | 40 | 35 | 42 | 37 | 44 |
| # Approvals | 16 | 30 | 33 | 41 | 30 | 41 | 34 | 33 | 32 | 34 | 32 | 36 |
| LAR - Total % | 83.1% | 85.6% | 85.3% | 89.7% | 90.9% | 82.5% | 77.3% | 82.5% | 91.4% | 82.5% | 85.7% | 82.5% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

**PRINT**

## WEEKLY TRACKING - QTR VIEW
### As of JUNE 30, 2013

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | (All) |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | QTR | QTR | MONTH | 2013Q2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2012Q2 | 2012Q3 | 2012Q4 | 2013Q1 | APR13 | | MAY13 | | JUN13 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| *Inventory (#)* | 35,872 | 35,794 | 35,524 | 35,389 | 35,352 | | 35,210 | | 35,055 | | 35,206 | |
| *Recoveries (#)* | 319 | 310 | 300 | 300 | 312 | 294 | 289 | 296 | 272 | 270 | 291 | 287 |
| *0-12 Mos* | 214 | 213 | 203 | 220 | 221 | 202 | 204 | 203 | 182 | 187 | 202 | 197 |
| *13-24 Mos* | 60 | 55 | 55 | 39 | 44 | 48 | 47 | 50 | 45 | 44 | 45 | 47 |
| *25-36 Mos* | 16 | 18 | 16 | 13 | 17 | 19 | 19 | 19 | 15 | 17 | 17 | 18 |
| *37-60 Mos* | 18 | 10 | 14 | 13 | 10 | 12 | 13 | 12 | 11 | 11 | 11 | 12 |
| *61-120 Mos* | 6 | 7 | 7 | 8 | 11 | 7 | 2 | 7 | 15 | 7 | 9 | 7 |
| *121 + Mos* | 5 | 6 | 3 | 6 | 9 | 5 | 4 | 5 | 4 | 5 | 6 | 5 |
| *Recovery - Total* | 319 | 310 | 300 | 300 | 312 | 294 | 289 | 296 | 272 | 270 | 291 | 287 |
| *Recoveries / Day* | 15 | 15 | 15 | 14 | 14 | 13 | 13 | 13 | 14 | 14 | 14 | 13 |
| *Actual to Plan %* | 102.2% | 102.2% | 104.4% | 106.4% | 106.5% | 100.0% | 97.9% | 100.0% | 100.7% | 100.0% | 101.6% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| *# Reopen* | 38 | 26 | 42 | 36 | 35 | 38 | 59 | 37 | 30 | 33 | 41 | 36 |
| *Rate %* | 11.9% | 8.5% | 14.1% | 12.0% | 11.2% | 12.8% | 20.4% | 12.6% | 11.0% | 12.4% | 14.2% | 12.6% |
| *LAR - Current* | | | | | | | | | | | | |
| *# Decisions* | 715 | 709 | 635 | 693 | 729 | 706 | 588 | 694 | 564 | 670 | 627 | 690 |
| *# Approvals* | 594 | 574 | 518 | 582 | 616 | 582 | 481 | 572 | 467 | 552 | 521 | 569 |
| *LAR - Total %* | 83.0% | 81.0% | 81.7% | 84.0% | 84.5% | 82.5% | 81.8% | 82.5% | 82.8% | 82.5% | 83.1% | 82.5% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000006

**PRINT**

**WEEKLY TRACKING - QTR VIEW**
**As of JUNE 30, 2014**

CLOSE

| PRODUCT | (All) |
|---|---|
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | SOUTHWEST 1 |

**Click to Sort Dates**

**MONTHLY AVERAGES**

| | QTR | QTR | MONTH | | 2014Q2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013Q2 | 2013Q3 | 2013Q4 | 2014Q1 | APR14 | | MAY14 | | JUN14 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| Inventory (#) | 395 | 411 | 380 | 383 | 379 | | 381 | | 365 | | 375 | |
| Recoveries (#) | 14 | 13 | 12 | 12 | 12 | 14 | 16 | 15 | 8 | 14 | 12 | 14 |
| 0-12 Mos | 10 | 8 | 9 | 8 | 10 | 9 | 12 | 11 | 6 | 10 | 9 | 10 |
| 13-24 Mos | 4 | 2 | 2 | 2 | 1 | 3 | 1 | 3 | 2 | 3 | 1 | 3 |
| 25-36 Mos | | | 0 | 1 | 1 | 1 | 2 | 1 | 0 | 1 | 1 | 1 |
| 37-60 Mos | | 1 | 0 | 1 | 1 | 1 | 1 | 0 | | 1 | 0 | 1 |
| 61-120 Mos | | 1 | 0 | 1 | | 0 | | 0 | | 0 | | 0 |
| 121 + Mos | | | | 0 | | 0 | | 0 | | | | 0 |
| Recovery - Total | 14 | 13 | 12 | 12 | 12 | 14 | 16 | 15 | 8 | 14 | 12 | 14 |
| Recoveries / Day | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| Actual to Plan % | 92.2% | 88.5% | 96.2% | 86.2% | 85.3% | 100.0% | 104.0% | 100.0% | 58.2% | 100.0% | 83.4% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| # Reopen | 2 | 1 | 1 | 2 | 1 | 5 | | 1 | 2 | 1 | 2 | 1 |
| Rate % | 11.9% | 7.5% | 5.4% | 18.9% | | 8.7% | 31.3% | 7.8% | 25.0% | 8.7% | 19.4% | 8.4% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 37 | 40 | 28 | 37 | 42 | 41 | 44 | 44 | 34 | 46 | 40 | 44 |
| # Approvals | 32 | 35 | 25 | 34 | 38 | 34 | 39 | 37 | 29 | 38 | 35 | 36 |
| LAR - Total % | 85.7% | 88.2% | 88.1% | 91.9% | 90.5% | 83.0% | 88.6% | 83.0% | 85.3% | 83.0% | 88.3% | 83.0% |

* Paid Recoveries are those open at the BOM, with payment prior to end of month
** Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

PRINT

# WEEKLY TRACKING - QTR VIEW
## As of JUNE 30, 2014

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | (All) |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | | | MONTH | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013Q2 | 2013Q3 | 2013Q4 | 2014Q1 | | | | | 2014Q2 | | | | | |
| | QTR | | | | APR14 | | MAY14 | | JUN14 | | QTD | | QTR | |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | | | |
| *Inventory (#)* | 35,206 | 34,988 | 34,845 | 34,712 | 34,610 | | 34,573 | | 34,535 | | 34,573 | | | |
| *Recoveries (#)* | 291 | 288 | 292 | 289 | 280 | 293 | 320 | 278 | 271 | 270 | 290 | | 280 | |
| *0-12 Mos* | 202 | 207 | 206 | 206 | 187 | 204 | 234 | 194 | 199 | 184 | 207 | | 194 | |
| *13-24 Mos* | 45 | 40 | 46 | 50 | 44 | 50 | 50 | 46 | 43 | 47 | 46 | | 48 | |
| *25-36 Mos* | 17 | 18 | 16 | 14 | 19 | 15 | 12 | 15 | 11 | 16 | 14 | | 15 | |
| *37-60 Mos* | 11 | 12 | 10 | 7 | 18 | 11 | 13 | 11 | 7 | 11 | 13 | | 11 | |
| *61-120 Mos* | 9 | 7 | 7 | 5 | 9 | 7 | 9 | 7 | 5 | 7 | 8 | | 7 | |
| *121 + Mos* | 6 | 4 | 8 | 7 | 3 | 5 | 2 | 5 | 6 | 5 | 4 | | 5 | |
| **Recovery - Total** | 291 | 288 | 292 | 289 | 280 | 293 | 320 | 278 | 271 | 270 | 290 | | 280 | |
| **Recoveries / Day** | 14 | 14 | 14 | 14 | 13 | 13 | 15 | 13 | 13 | 13 | 14 | | 13 | |
| **Actual to Plan %** | 101.8% | 101.2% | 105.2% | 102.1% | 95.8% | 100.0% | 115.5% | 100.0% | 100.5% | 100.0% | 103.8% | | 100.0% | |
| *Paid Reopens* ** | | | | | | | | | | | | | | |
| *# Reopen* | 41 | 33 | 36 | 44 | 41 | 35 | 45 | 34 | 28 | 33 | 38 | | 34 | |
| *Rate %* | 14.2% | 11.3% | 12.2% | 15.1% | 14.6% | 11.9% | 14.1% | 12.1% | 10.3% | 12.4% | 13.1% | | 12.1% | |
| *LAR - Current* | | | | | | | | | | | | | | |
| *# Decisions* | 627 | 664 | 628 | 674 | 628 | 690 | 678 | 664 | 646 | 671 | 651 | | 675 | |
| *# Approvals* | 521 | 555 | 537 | 571 | 537 | 572 | 579 | 551 | 540 | 557 | 552 | | 560 | |
| **LAR - Total %** | 83.1% | 83.6% | 85.4% | 84.7% | 85.5% | 83.0% | 85.4% | 83.0% | 83.6% | 83.0% | 84.8% | | 83.0% | |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000008



## WEEKLY TRACKING - QTR VIEW
### As of SEPTEMBER 30, 2013

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | SOUTHWEST 1 |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | | MONTH | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2012Q3 | 2012Q4 | 2013Q1 | 2013Q2 | 2013Q3 | | | | | | | |
| | QTR | | | | JUL13 | | AUG13 | | SEP13 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| Inventory (#) | 281 | 339 | 367 | 395 | 409 | | 414 | | 410 | | 411 | |
| Recoveries (#) | 8 | 13 | 15 | 14 | 10 | 14 | 15 | 15 | 15 | 16 | 13 | 15 |
| 0-12 Mos | 6 | 9 | 9 | 10 | 1 | 10 | 13 | 11 | 11 | 11 | 8 | 11 |
| 13-24 Mos | 1 | 3 | 3 | 4 | 4 | 3 | 2 | 2 | 1 | 2 | 2 | 2 |
| 25-36 Mos | 0 | 2 | 1 | | | 1 | | 1 | | 1 | 2 | 1 |
| 37-60 Mos | 1 | | 1 | | 4 | 1 | | 1 | 1 | 1 | 1 | 1 |
| 61-120 Mos | | | 0 | | 1 | 0 | | 0 | 3 | 1 | 1 | 0 |
| 121 + Mos | | | | | | 0 | | 0 | | 0 | | 0 |
| Recovery - Total | 8 | 13 | 15 | 14 | 10 | 14 | 15 | 15 | 15 | 16 | 13 | 15 |
| Recoveries / Day | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Actual to Plan % | 78.1% | 86.7% | 103.0% | 92.2% | 70.5% | 100.0% | 98.3% | 100.0% | 95.2% | 100.0% | 88.5% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| # Reopen | 1 | 1 | 1 | 2 | 1 | 1 | | 1 | 2 | 1 | 1 | 1 |
| Rate % | 16.7% | 10.0% | 9.1% | 11.9% | 10.0% | 8.6% | | 7.6% | 13.3% | 6.2% | 7.5% | 7.4% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 35 | 39 | 45 | 37 | 42 | 39 | 53 | 41 | 24 | 46 | 40 | 42 |
| # Approvals | 30 | 33 | 41 | 32 | 36 | 32 | 45 | 34 | 24 | 38 | 35 | 35 |
| LAR - Total % | 85.6% | 85.3% | 89.7% | 85.7% | 85.7% | 82.5% | 84.9% | 82.5% | 100.0% | 82.5% | 88.2% | 82.5% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000009

**PRINT**

**WEEKLY TRACKING - QTR VIEW**
**As of SEPTEMBER 30, 2013**

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | (All) |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | MONTH | | | 2013Q3 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2012Q3 | 2012Q4 | 2013Q1 | 2013Q2 | JUL13 | | AUG13 | | SEP13 | | QTD | | QTR |
| | QTR | | | | | | | | | | | | |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | | |
| Inventory (#) | 35,794 | 35,524 | 35,389 | 35,206 | 35,023 | | 35,023 | | 34,917 | | 34,988 | | |
| Recoveries (#) | 310 | 300 | 300 | 291 | 257 | 290 | 299 | 296 | 309 | 272 | 288 | | 286 |
| 0-12 Mos | 213 | 203 | 220 | 202 | 173 | 198 | 232 | 206 | 217 | 191 | 207 | | 199 |
| 13-24 Mos | 55 | 55 | 39 | 45 | 38 | 48 | 36 | 47 | 47 | 42 | 40 | | 46 |
| 25-36 Mos | 18 | 16 | 13 | 17 | 22 | 19 | 15 | 18 | 17 | 16 | 18 | | 17 |
| 37-60 Mos | 10 | 14 | 13 | 11 | 15 | 12 | 9 | 12 | 11 | 11 | 12 | | 12 |
| 61-120 Mos | 7 | 7 | 8 | 9 | 3 | 7 | 6 | 7 | 12 | 7 | 7 | | 7 |
| 121 + Mos | 6 | 3 | 6 | 6 | 6 | 5 | 1 | 5 | 5 | 5 | 4 | | 5 |
| Recovery - Total | 310 | 300 | 300 | 291 | 257 | 290 | 299 | 296 | 309 | 272 | 288 | | 286 |
| Recoveries / Day | 15 | 15 | 14 | 14 | 12 | 13 | 14 | 13 | 15 | 14 | 14 | | 13 |
| Actual to Plan % | 102.2% | 104.4% | 106.4% | 101.6% | 88.9% | 100.0% | 101.2% | 100.0% | 113.7% | 100.0% | 101.0% | | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | | |
| # Reopen | 26 | 42 | 36 | 41 | 32 | 36 | 32 | 36 | 34 | 32 | 33 | | 35 |
| Rate % | 8.5% | 14.1% | 12.0% | 14.2% | 12.5% | 12.6% | 10.7% | 12.2% | 11.0% | 11.9% | 11.3% | | 12.2% |
| *LAR - Current* | | | | | | | | | | | | | |
| # Decisions | 709 | 635 | 693 | 627 | 668 | 633 | 684 | 613 | 639 | 651 | 664 | | 632 |
| # Approvals | 574 | 518 | 582 | 521 | 564 | 522 | 576 | 506 | 524 | 537 | 555 | | 522 |
| LAR - Total % | 81.0% | 81.7% | 84.0% | 83.1% | 84.4% | 82.5% | 84.2% | 82.5% | 82.0% | 82.5% | 83.6% | | 82.5% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000010

**PRINT**

**WEEKLY TRACKING - QTR VIEW**
**As of SEPTEMBER 30, 2014**

CLOSE

| PRODUCT | (All) |
|---|---|
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | SOUTHWEST 1 |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | | | MONTH | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013Q3 | 2013Q4 | 2014Q1 | 2014Q2 | 2014Q3 | | | | | | | | |
| | QTR | | | | JUL14 | | AUG14 | | SEP14 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| *Inventory (#)* | 411 | 380 | 383 | 375 | 384 | | 359 | | 285 | | 343 | |
| *Recoveries (#)* | 13 | 12 | 12 | 12 | 17 | 16 | 8 | 14 | 16 | 10 | 14 | 13 |
| *0-12 Mos* | 8 | 9 | 8 | 9 | 15 | 11 | 5 | 9 | 14 | 6 | 11 | 9 |
| *13-24 Mos* | 2 | 2 | 2 | 1 | 1 | 3 | 1 | 3 | 1 | 3 | 1 | 3 |
| *25-36 Mos* | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| *37-60 Mos* | 1 | 0 | 1 | 0 | | 0 | 1 | 1 | 1 | 1 | 0 | 1 |
| *61-120 Mos* | 1 | 0 | 1 | | | 0 | 1 | 0 | | 0 | 0 | 0 |
| *121 + Mos* | | | 0 | | | | | 0 | | 0 | | 0 |
| Recovery - Total | 13 | 12 | 12 | 12 | 17 | 16 | 8 | 14 | 16 | 10 | 14 | 13 |
| Recoveries / Day | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 |
| Actual to Plan % | 88.5% | 96.2% | 86.2% | 83.4% | 107.9% | 100.0% | 58.1% | 100.0% | 156.7% | 100.0% | 103.2% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| # Reopen | 1 | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rate % | 7.5% | 5.4% | 18.9% | 19.4% | 11.8% | 7.9% | 12.5% | 8.7% | 6.3% | 11.9% | 9.8% | 9.2% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 40 | 28 | 37 | 40 | 41 | 43 | 16 | 43 | 32 | 32 | 30 | 39 |
| # Approvals | 35 | 25 | 34 | 35 | 36 | 36 | 13 | 35 | 29 | 27 | 26 | 33 |
| LAR - Total % | 88.2% | 88.1% | 91.9% | 88.3% | 87.8% | 83.0% | 81.3% | 83.0% | 90.6% | 83.0% | 87.6% | 83.0% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000011

**PRINT**

**WEEKLY TRACKING - QTR VIEW**
**As of SEPTEMBER 30, 2014**

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | (All) |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | | | MONTH | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013Q3 | 2013Q4 | 2014Q1 | 2014Q2 | 2014Q3 | | | | | | | | |
| | QTR | | | | JUL14 | | AUG14 | | SEP14 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| Inventory (#) | 34,988 | 34,845 | 34,712 | 34,573 | 34,523 | | 34,453 | | 34,381 | | 34,452 | |
| Recoveries (#) | 288 | 292 | 289 | 290 | 309 | 284 | 278 | 270 | 282 | 255 | 290 | 269 |
| 0-12 Mos | 207 | 206 | 206 | 207 | 220 | 197 | 213 | 187 | 198 | 172 | 210 | 185 |
| 13-24 Mos | 40 | 46 | 50 | 46 | 52 | 46 | 19 | 44 | 54 | 45 | 42 | 45 |
| 25-36 Mos | 18 | 16 | 14 | 14 | 19 | 16 | 13 | 16 | 12 | 15 | 15 | 16 |
| 37-60 Mos | 12 | 10 | 7 | 13 | 8 | 11 | 12 | 11 | 7 | 11 | 9 | 11 |
| 61-120 Mos | 7 | 7 | 5 | 8 | 8 | 7 | 14 | 7 | 5 | 7 | 9 | 7 |
| 121 + Mos | 4 | 8 | 7 | 4 | 2 | 5 | 7 | 5 | 6 | 5 | 5 | 5 |
| Recovery - Total | 288 | 292 | 289 | 290 | 309 | 284 | 278 | 270 | 282 | 255 | 290 | 269 |
| Recoveries / Day | 14 | 14 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 12 | 14 | 13 |
| Actual to Plan % | 101.2% | 105.2% | 102.1% | 103.8% | 109.3% | 100.0% | 103.2% | 100.0% | 110.6% | 100.0% | 107.6% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| # Reopen | 33 | 36 | 44 | 38 | 40 | 35 | 27 | 34 | 61 | 34 | 43 | 34 |
| Rate % | 11.3% | 12.2% | 15.1% | 13.1% | 12.9% | 12.4% | 9.7% | 12.4% | 21.6% | 13.2% | 14.7% | 12.7% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 664 | 628 | 674 | 651 | 626 | 668 | 650 | 670 | 624 | 658 | 633 | 666 |
| # Approvals | 555 | 537 | 571 | 552 | 542 | 555 | 550 | 556 | 539 | 546 | 544 | 552 |
| LAR - Total % | 83.6% | 85.4% | 84.7% | 84.8% | 86.6% | 83.0% | 84.6% | 83.0% | 86.4% | 83.0% | 85.8% | 83.0% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month
\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000012

**PRINT**

## WEEKLY TRACKING - QTR VIEW
### As of DECEMBER 31, 2013

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | SOUTHWEST I |

Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | | | MONTH | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2012Q4 | 2013Q1 | 2013Q2 | 2013Q3 | 2013Q4 | | | | | | | | |
| | QTR | | | | OCT13 | | NOV13 | | DEC13 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| *Inventory (#)* | 339 | 367 | 395 | 411 | 409 | | 376 | | 356 | | 380 | |
| *Recoveries (#)* | 13 | 15 | 14 | 13 | 10 | 15 | 11 | 11 | 16 | 12 | 12 | 13 |
| *0-12 Mos* | 9 | 9 | 10 | 8 | 7 | 11 | 9 | 7 | 11 | 8 | 9 | 9 |
| *13-24 Mos* | 3 | 3 | 4 | 2 | 3 | 3 | 1 | 2 | 3 | 2 | 2 | 2 |
| *25-36 Mos* | 2 | 1 | | | | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| *37-60 Mos* | | 1 | | 1 | | 1 | | 0 | 1 | 0 | 0 | 1 |
| *61-120 Mos* | | | | 1 | | 1 | 1 | 0 | | 0 | 0 | 0 |
| *121 + Mos* | | | | | | 0 | | 0 | | 0 | | 0 |
| *Recovery - Total* | 13 | 15 | 14 | 13 | 10 | 15 | 11 | 11 | 16 | 12 | 12 | 13 |
| *Recoveries / Day* | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| *Actual to Plan %* | 86.7% | 103.0% | 92.2% | 88.5% | 65.2% | 100.0% | 98.5% | 100.0% | 134.0% | 100.0% | 96.2% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| *# Reopen* | 1 | 1 | 2 | 1 | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| *Rate %* | 10.0% | 9.1% | 11.9% | 7.5% | | 7.8% | 9.1% | 8.6% | 6.3% | 8.5% | 5.4% | 8.3% |
| *LAR - Current* | | | | | | | | | | | | |
| *# Decisions* | 39 | 45 | 37 | 40 | 37 | 42 | 23 | 42 | 24 | 32 | 28 | 39 |
| *# Approvals* | 33 | 41 | 32 | 35 | 34 | 35 | 21 | 34 | 19 | 26 | 25 | 32 |
| *LAR - Total %* | 85.3% | 89.7% | 85.7% | 88.2% | 91.9% | 82.5% | 91.3% | 82.5% | 79.2% | 82.5% | 88.1% | 82.5% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000013

**PRINT**

## WEEKLY TRACKING - QTR VIEW
### As of DECEMBER 31, 2013

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | (All) |

 Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | MONTH | | | 2013Q4 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2012Q4 | 2013Q1 | 2013Q2 | 2013Q3 | OCT13 | | NOV13 | | DEC13 | | QTD | QTR |
| | QTR | | | | | | | | | | | |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| *Inventory (#)* | 35,524 | 35,389 | 35,206 | 34,988 | 34,929 | | 34,836 | | 34,771 | | 34,845 | |
| *Recoveries (#)* | 300 | 300 | 291 | 288 | 291 | 317 | 287 | 254 | 299 | 265 | 292 | 279 |
| *0-12 Mos* | 203 | 220 | 202 | 207 | 207 | 221 | 185 | 174 | 226 | 181 | 206 | 192 |
| *13-24 Mos* | 55 | 39 | 45 | 40 | 42 | 50 | 51 | 43 | 44 | 46 | 46 | 46 |
| *25-36 Mos* | 16 | 13 | 17 | 18 | 13 | 19 | 22 | 15 | 14 | 15 | 16 | 16 |
| *37-60 Mos* | 14 | 13 | 11 | 12 | 16 | 13 | 6 | 11 | 7 | 12 | 10 | 12 |
| *61-120 Mos* | 7 | 8 | 9 | 7 | 3 | 8 | 13 | 6 | 5 | 7 | 7 | 7 |
| *121 + Mos* | 3 | 6 | 6 | 4 | 10 | 6 | 10 | 5 | 3 | 5 | 8 | 5 |
| Recovery - Total | 300 | 300 | 291 | 288 | 291 | 317 | 287 | 254 | 299 | 265 | 292 | 279 |
| Recoveries / Day | 15 | 14 | 14 | 14 | 13 | 14 | 15 | 13 | 15 | 13 | 14 | 13 |
| Actual to Plan % | 104.4% | 106.4% | 101.6% | 101.0% | 91.9% | 100.0% | 113.3% | 100.0% | 112.7% | 100.0% | 105.0% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| # Reopen | 42 | 36 | 41 | 33 | 43 | 39 | 27 | 32 | 37 | 33 | 36 | 34 |
| Rate % | 14.1% | 12.0% | 14.2% | 11.3% | 14.8% | 12.1% | 9.4% | 12.5% | 12.4% | 12.5% | 12.2% | 12.3% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 635 | 693 | 627 | 664 | 760 | 674 | 614 | 697 | 511 | 686 | 628 | 686 |
| # Approvals | 518 | 582 | 521 | 555 | 623 | 556 | 550 | 575 | 437 | 566 | 537 | 566 |
| LAR - Total % | 81.7% | 84.0% | 83.1% | 83.6% | 82.0% | 82.5% | 89.6% | 82.5% | 85.5% | 82.5% | 85.4% | 82.5% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000014

**PRINT**

## WEEKLY TRACKING - QTR VIEW
### As of DECEMBER 31, 2014

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | SOUTHWEST 1 |


Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | QTR | MONTH | | 2014Q4 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013Q4 | 2014Q1 | 2014Q2 | 2014Q3 | OCT14 | | NOV14 | | DEC14 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries * * | | | | | | | | | | | | |
| *Inventory (#)* | 380 | 383 | 375 | 343 | 272 | | 244 | | 211 | | 242 | |
| Recoveries (#) | 12 | 12 | 12 | 14 | 22 | 12 | 11 | 8 | 7 | 8 | 13 | 9 |
| 0-12 Mos | 9 | 8 | 9 | 11 | 13 | 7 | 7 | 4 | 3 | 4 | 8 | 5 |
| 13-24 Mos | 2 | 2 | 1 | 1 | 6 | 3 | 3 | 2 | 2 | 2 | 4 | 2 |
| 25-36 Mos | 0 | 1 | 1 | 1 | 3 | 1 | | 1 | 1 | 1 | 1 | 1 |
| 37-60 Mos | 0 | 1 | 0 | 0 | | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 61-120 Mos | 0 | 1 | | 0 | | 0 | | 0 | | 0 | | 0 |
| 121 + Mos | | 0 | | | | 0 | | 0 | | 0 | | 0 |
| Recovery - Total | 12 | 12 | 12 | 14 | 22 | 12 | 11 | 8 | 7 | 8 | 13 | 9 |
| Recoveries / Day | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| Actual to Plan % | 96.2% | 86.2% | 83.4% | 103.2% | 183.9% | 100.0% | 140.8% | 100.0% | 91.5% | 100.0% | 145.9% | 100.0% |
| *Paid Reopens ** * | | | | | | | | | | | | |
| # Reopen | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 2 | 1 |
| Rate % | 5.4% | 18.9% | 19.4% | 9.8% | 4.5% | 12.0% | 9.1% | 14.7% | 42.9% | 16.9% | 12.5% | 14.1% |
| *LAR - Current* | | | | | | | | | | | | |
| # Decisions | 28 | 37 | 40 | 30 | 23 | 31 | 19 | 26 | 27 | 28 | 23 | 28 |
| # Approvals | 25 | 34 | 35 | 26 | 23 | 26 | 17 | 22 | 23 | 23 | 21 | 24 |
| LAR - Total % | 88.1% | 91.9% | 88.3% | 87.6% | 100.0% | 83.0% | 89.5% | 83.0% | 85.2% | 83.0% | 91.3% | 83.0% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000015

**PRINT**

## WEEKLY TRACKING - QTR VIEW
### As of DECEMBER 31, 2014

CLOSE

| PRODUCT | (All) |
| SITE | (All) |
| REGION | (All) |
| TEAM | (All) |
| GROUP | (All) |


Click to Sort Dates

**MONTHLY AVERAGES**

| | QTR | | | MONTH | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2013Q4 | 2014Q1 | 2014Q2 | 2014Q3 | 2014Q4 | | | | | | | | |
| | QTR | | | | OCT14 | | NOV14 | | DEC14 | | QTD | QTR |
| Data | ACTUAL | ACTUAL | ACTUAL | ACTUAL | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN | ACTUAL | PLAN |
| *Paid Recoveries* * | | | | | | | | | | | | |
| *Inventory (#)* | 34,845 | 34,712 | 34,573 | 34,452 | 34,337 | | 34,210 | | 34,234 | | 34,260 | |
| *Recoveries (#)* | 292 | 289 | 290 | 290 | 266 | 290 | 203 | 216 | 228 | 246 | 232 | 250 |
| *0-12 Mos* | 206 | 206 | 207 | 210 | 173 | 193 | 134 | 144 | 134 | 161 | 147 | 166 |
| *13-24 Mos* | 46 | 50 | 46 | 42 | 42 | 52 | 32 | 39 | 56 | 46 | 43 | 46 |
| *25-36 Mos* | 16 | 14 | 14 | 15 | 29 | 18 | 16 | 14 | 13 | 16 | 19 | 16 |
| *37-60 Mos* | 10 | 7 | 13 | 9 | 6 | 12 | 8 | 10 | 14 | 11 | 9 | 11 |
| *61-120 Mos* | 7 | 5 | 8 | 9 | 8 | 8 | 10 | 6 | 4 | 7 | 7 | 7 |
| *121 + Mos* | 8 | 7 | 4 | 5 | 8 | 6 | 3 | 3 | 7 | 5 | 6 | 5 |
| *Recovery - Total* | 292 | 289 | 290 | 290 | 266 | 290 | 203 | 216 | 228 | 246 | 232 | 250 |
| *Recoveries / Day* | 14 | 14 | 14 | 14 | 12 | 13 | 11 | 12 | 11 | 12 | 11 | 12 |
| *Actual to Plan %* | 105.2% | 102.1% | 103.8% | 107.6% | 92.1% | 100.0% | 94.1% | 100.0% | 92.7% | 100.0% | 92.8% | 100.0% |
| *Paid Reopens* ** | | | | | | | | | | | | |
| *# Reopen* | 36 | 44 | 38 | 43 | 33 | 38 | 25 | 30 | 32 | 34 | 30 | 34 |
| *Rate %* | 12.2% | 15.1% | 13.1% | 14.7% | 12.4% | 13.3% | 12.3% | 13.7% | 14.0% | 13.7% | 12.9% | 13.6% |
| *LAR - Current* | | | | | | | | | | | | |
| *# Decisions* | 628 | 674 | 651 | 633 | 632 | 657 | 512 | 665 | 600 | 615 | 581 | 646 |
| *# Approvals* | 537 | 571 | 552 | 544 | 561 | 546 | 425 | 552 | 485 | 511 | 490 | 536 |
| *LAR - Total %* | 85.4% | 84.7% | 84.8% | 85.8% | 88.8% | 83.0% | 83.0% | 83.0% | 80.8% | 83.0% | 84.3% | 83.0% |

\* Paid Recoveries are those open at the BOM, with payment prior to end of month

\*\* Paid Reopens are claims which have received first payment prior to current month, reopen in the month and remain open.

The financial metrics contained in this report reflect general business projections based on the company's historical experience adjusted for its current business composition and outlook. They represent broad guideposts only, and do not constitute any form of denial or closure targets. They may not be used to determine the outcome of a particular claim, each of which must be evaluated on its own merits without regard to any general or specific business plan projections. These metrics are intended for those with managerial accountabilities only, and are not intended for, and should not be shared with, Disability Benefits Specialists.

CONFIDENTIAL

KNUTH-MS-WKLYTRACKINGIDI-000016